UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| METRO TREATMENT OF MAINE LP, <br> d/b/a PENOBSCOT COUNTY METRO <br> TREATMENT CENTER, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BANGOR, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )       1:16-cv-433-JAW <br> ) <br> ) <br> ) <br> ) |

**AMENDED SCHEDULING ORDER**

Upon review of the parties' Joint Motion to Amend Scheduling Order (ECF No. 22), the Court grants the parties' request for a modification of the Scheduling Order. The Court amends the Scheduling Order as follows:

<u>Deadline for Amendment of the Pleadings and Joinder of Parties</u>: January 5, 2017.

<u>Plaintiff shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by</u>:  January 5, 2017.

<u>Defendant shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by</u>:  February 9, 2017.

If the expert is retained or specially employed to provide expert testimony in the case or the expert's duties as an employee of a party regularly involve giving expert testimony, the disclosure shall also include the other categories of information specified in Fed.R.Civ.P.

26(a)(2)(B).  All required information may, but need not, be provided in the form of a written report prepared and signed by the expert.

Deadline to Complete Discovery:  March 9, 2017.

Counsel are advised that absent some excusable circumstance, discovery initiatives must be undertaken so that the response of the opposing party is filed prior to the discovery deadline.

Deadline to file Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h):  March 16, 2017.

Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumho* Motions[1] Challenging Expert Witnesses with Supporting Memoranda:  March 30, 2017.

Expected Trial Date:  This case shall be ready for trial by:  May 2, 2017.

Further Matters in Aid of Disposition:  Plaintiff shall make a written settlement demand upon Defendant by February 23, 2017.  Defendant shall respond in writing by March 9, 2017.

All other aspects of the original Scheduling Order remain in full force and effect.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 29th day of November, 2016.

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).  Such motions shall include any challenges to lack of qualifications, scope of testimony and any other issues addressed by these decisions.

2