## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| METRO TREATMENT OF MAINE, LP ) <br> d/b/a PENOBSCOT COUNTY METRO ) <br> TREATMENT CENTER, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITY OF BANGOR, ) <br> ) <br> Defendant. ) | Civil Action No. 1:16-00433-JAW |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the dismissal, with prejudice and without costs, of all claims asserted in this action.

DATED at Portland, Maine this 15th day of December, 2016.

Respectfully submitted,

| | |
|---|---|
| */s/ Sigmund D. Schutz* <br> Sigmund D. Schutz, Esq. <br> John P. Doyle, Esq. <br> Holly E. Lusk, Esq. <br><br> Preti, Flaherty, Beliveau & Pachios, LLP <br> One City Center <br> P.O. Box 9546 <br> Portland, ME  04112-9546 <br> (207) 791-3000 <br> sschutz@preti.com; jdoyle@preti.com <br><br> 45 Memorial Circle <br> P.O. Box 1058 <br> Portland, ME  04332-1058 <br> (207) 791-3000 <br> hlusk@preti.com <br><br> *Attorneys for Plaintiff Metro Treatment of Maine, LP d/b/a Penobscot County Metro Treatment Center* | */s/ Mark V. Franco* <br> Mark V. Franco, Esq. <br> Michael L. Buescher, Esq. <br><br> Drummond Woodsum <br> 84 Marginal Way, Suite 600 <br> Portland, ME  04101-2480 <br> (207) 772-1941 <br> MFranco@dwmlaw.com <br> mbuescher@dwmlaw.com <br><br> *Attorneys for Defendant City of Bangor* |

11261300.1

2

**CERTIFICATE OF SERVICE**

      I certify that on December 15, 2016, I electronically filed the foregoing *Stipulation of Dismissal* with the Court's CM/ECF system, which I understand will send notification of the filing to the attorneys of record in this matter.

                                                           */s/ Sigmund D. Schutz*
                                                           Sigmund D. Schutz

Preti Flaherty, LLP
P.O. Box 9546
Portland, ME  04112-9546
Tel:  (207) 791-3000
sschutz@preti.com